No. 500. EISENBERG v. CENTRAL ZONE PROPERTY CORP. ET AL. Court of Appeals of New York and Supreme Court of New York, New York County. Certiorari denied. *Emil K. Ellis* for petitioner. *Simon H. Rifkind* for the Central Zone Property Corporation, respondent.

No. 502. AMERICAN & EUROPEAN AGENCIES, INC., v. GILLILLAND ET AL., CONSTITUTING THE FOREIGN CLAIMS SETTLEMENT COMMISSION OF THE UNITED STATES, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul Ackerman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *B. Jenkins Middleton* for respondents. *Philip Levy* filed a brief for the American Yugoslav Electric Co., Inc., et al., as *amici curiae*, in opposition to the petition for writ of certiorari.

No. 505. INSTITUTO CUBANO DE ESTABILIZACION DEL AZUCAR v. T/V GOLDEN WEST ET AL. C. A. 2d Cir. Certiorari denied. *John C. Crawley* for petitioner. *Dudley C. Smith* for Skibs A/S Golden West, respondent.

No. 491. P. & D. MANUFACTURING CO., INC., v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Harold T. Halfpenny* for petitioner. *Solicitor General Rankin* for respondent.

No. 178, Misc. NAUS v. RIGG, WARDEN. Supreme Court of Minnesota. Certiorari denied.